IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff, | **CASE NO.** |
| v. | **(Proposed)** **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE* |
| Defendant.       / | |

, whose business address and telephone number is

and who is an active member in good standing of the bar of

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:                                                                                    

                                                                     United States ———— Judge