**United States District Court**
For the Northern District of California

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4
5                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7                                              **CASE NO.**
8            Plaintiff,                        **(Proposed)**
                                               **ORDER GRANTING APPLICATION**
9    v.                                        **FOR ADMISSION OF ATTORNEY**
                                               ***PRO HAC VICE***
10
11
12           Defendant.
                                    /
13
14                                       , whose business address and telephone number is
15
16
17   and who is an active member in good standing of the bar of
18   having applied in the above-entitled action for admission to practice in the Northern District of
19   California on a pro hac vice basis, representing
20           IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
21   conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
22   *vice.* Service of papers upon and communication with co-counsel designated in the application
23   will constitute notice to the party. All future filings in this action are subject to the requirements
24   contained in General Order No. 45, *Electronic Case Filing.*
25
26   Dated:                                                      _____
27                                                               United States            Judge
28