# Exhibit C



**Consumer Arbitration Costs, Administrative Fee Waivers, and Pro Bono Arbitrators**

<u>**Consumer Arbitration Costs**</u>

There are two fees applicable to the arbitration process. Trained and experienced arbitrators charge a fee for the time they spend on cases. The AAA also charges an administration fee. This fee covers the case administration services provided to the parties, including assistance in selecting the arbitrator, handling documents, scheduling a hearing if required, and distributing the arbitrator's decision.

**Administrative Fees**

Administrative fees are based on the size of the claim and counterclaim in a dispute. They are based only on the actual damages and not on any additional damages, such as attorneys' fees or punitive damages. These fees may be partially refundable per the Refund Schedule.

**Arbitrator Fees**

For cases in which no claim exceeds $75,000, arbitrators are paid based on the type of proceeding that is used. The parties make deposits as set forth below. Any unused deposits are returned at the end of the case.

Desk Arbitration or Telephone Hearing $250 for service on the case
In Person Hearing $750 per day of hearing

For cases in which a claim or counterclaim exceeds $75,000, arbitrators are compensated at the rates set forth on their panel biographies.

**Fees and Deposits to be Paid by the Consumer:**

If the consumer's claim or counterclaim does not exceed $10,000, then the consumer is responsible for one-half the arbitrator's fees up to a maximum of $125. This deposit is used to pay the arbitrator. It is refunded if not used.

If the consumer's claim or counterclaim is greater than $10,000, but does not exceed $75,000, then the consumer is responsible for one-half the arbitrator's fees up to a maximum of $375. This deposit is used to pay the arbitrator. It is refunded if not used.

If the consumer's claim or counterclaim exceeds $75,000, or if the consumer's claim or counterclaim is non-monetary, then the consumer must pay an Administrative Fee in accordance with the Commercial Fee Schedule. A portion of this fee is refundable pursuant to the Commercial Fee Schedule. The consumer must also deposit one-half of the arbitrator's compensation. This deposit is used to pay the arbitrator. This deposit is refunded if not used. The arbitrator's compensation rate is set forth on the panel biography provided to the parties before the arbitrator is appointed.

**Fees and Deposits to be Paid by the Business:**

*Administrative Fees:*

If neither party's claim or counterclaim exceeds $10,000, the business must pay $775 and a Case

Service Fee of $200 if a hearing is held. A portion of this fee is refundable pursuant to the Commercial Fee Schedule.

If either party's claim or counterclaim exceeds $10,000, but does not exceed $75,000, the business must pay $975 and a Case Service Fee of $300 if a hearing is held. A portion of this fee is refundable pursuant to the Commercial Fee Schedule.

If the business's claim or counterclaim exceeds $75,000, or if the business's claim or counterclaim is non-monetary, the business must pay an Administrative Fee in accordance with the Commercial Fee Schedule. A portion of this fee is refundable pursuant to the Commercial Fee Schedule.

*Arbitrator Fees:*

The business must pay for all arbitrator compensation deposits beyond those that are the responsibility of the consumer. These deposits are refunded if not used.

If a party fails to pay its fees and share of the administrative fee or the arbitrator compensation deposit, the other party may advance such funds. The arbitrator may assess these costs in the award.

**AAA Administrative Fees Waiver/Deferral/Hardship Provisions**

In cases where an AAA administrative fee applies, parties are eligible for consideration for a waiver or deferral of the administration fee if their annual gross income falls below 200% (1) of the federal poverty guidelines.

To view the 2012 federal poverty guidelines, click here.

Additional information, such as past income, assets (both liquid and non-liquid amounts) and income prospects may be considered in determining need as well. A signed affidavit of hardship will also be required.

Since every hardship request is unique and involves many variables, the AAA reserves the right to deny or grant any request based on the information given by the requesting party.

California Consumers: Pursuant to section 1284.3 of the California Code of Civil Procedures, consumers with a gross monthly income of less than 300% of the federal poverty guidelines (Federal Guidelines multiplied by 3), are entitled to a waiver of all fees and costs, exclusive of arbitrator fees. This law applies to all consumer arbitration agreements subject to the California Arbitration Act, and to all consumer arbitrations conducted in California. If you believe that you meet these requirements, you must submit to the AAA a declaration under oath (see *Affidavit for Waiver of Fees,* which can be found under the forms section of the website) regarding your monthly income and the number of persons in your household. Please contact the Western Case Management Center at 1-877-528-0879, if you have any questions regarding the waiver of administrative fees.

**Pro Bono Arbitrators**

A number of arbitrators on the AAA panel have volunteered to serve pro bono for one hearing day on cases where an individual might otherwise be financially unable to pursue his or her rights in the arbitral forum.

The AAA will attempt to appoint a pro bono arbitrator to serve for a one day hearing on a case where the AAA has granted a waiver or deferral hardship provision (in accordance with the *AAA's Administrative Fees Waiver/Deferral/Hardship Provisions*) and where the inability of one party to pay the arbitrator may prevent the case from going forward.

Even if no waiver or deferral of administrative fees has been granted or requested, a party may make a request for a pro bono or reduced rate arbitrator at the time of the filing of the case or at any time up to the point that an arbitrator is appointed. However, prior to appointment every effort is made to have the non-indigent party agree to pay the arbitrators fees. While we cannot guarantee the appointment of a pro bono or reduced rate arbitrator, we will make every effort to accommodate the request.

This request should be made to the Case Manager.

For more information, please contact the AAA's Customer Service Department at 1-800-778-7879.