Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA  94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rebekah L. Bailey, CA State Bar No. 258551
E. Michelle Drake, MN Bar No. 0387366*
Kai Richter, MN Bar No. 0296545*
Sarah W. Steenhoek, MN Bar No. 0390258*
*(admitted pro hac vice)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiff and the Putative Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN ELLSWORTH, as an individual and as a Representative of the classes and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A. and American Security Insurance Company,<br><br>Defendants. | Case No.  3:12-cv-02506-LB<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DATE OF CASE MANAGEMENT CONFERENCE**<br> ORDER<br><br>[CIVIL L.R. 6-2 AND 16-2(E)] |

Pursuant to Local Rules 6-2 and 16-2(e), Plaintiff Stephen Ellsworth ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendants U.S. Bank, National Association ("U.S. Bank"), and American Security Insurance Company ("ASIC") through their undersigned counsel, respectfully request that the Court adjust the date of the upcoming Case Management Conference ("CMC"), which is currently scheduled for September 20, 2012 at 10:30 a.m.

Plaintiff suggests that the CMC be rescheduled to September 19, 2012 at 10:30 a.m. (the same time as the hearing on U.S. Bank's pending motion to compel arbitration). The Court has already changed the hearing date on U.S. Bank's motion to compel arbitration from September 20 to September 19 in order to allow counsel for all parties to appear before the MDL Panel on September 20, 2012 in connection with a pending motion to transfer this action and other actions to a proposed MDL proceeding. *See* ECF No.48. Plaintiff believes that it would be most efficient to move the CMC to the same date as the motion to compel hearing, and will allow counsel for all parties to attend both the proceedings before this Court and the hearing before the MDL Panel.

Defendants do not believe that it would be productive, or a good use of the Court's time, to conduct a CMC at this time. U.S. Bank has moved to compel arbitration, and ASIC intends to move to dismiss the complaint on August 31, 2012. Defendants suggest deferring the CMC until each of these issues has been resolved. However, in the event that the Court decides to schedule the CMC before the motions to compel and to dismiss are decided, Defendants are available on September 19, 2012 at 10:30 a.m., provided that some of their counsel may appear telephonically. Defendants do not object to moving the hearing date from the current date (September 20, 2012) in light of the pending MDL motion.

1
2  Dated: August 30, 2012          By:   /s/Kai H. Richter
3                                        KAI H. RICHTER  (*Pro Hac Vice*)
                                         NICHOLS KASTER, PLLP
4                                        4600 South 8th Street
                                         Minneapolis, MN  55402
5                                        Attorney for Plaintiff
6
7
8  Dated: August 30, 2012          By:    /s/James R. McGuire
                                          JAMES R. McGUIRE
9                                         MORRISON & FOERSTER, LLP
                                          425 Market Street
10                                        San Francisco, CA 94105
                                          Attorney for U.S. Bank
11
12
13 Dated: August 30, 2012          By:   /s/Peter S. Hecker
14                                        PETER S. HECKER
                                          SHEPPARD MULLIN RICHTER &
15                                        HAMPTON, LLP
                                          Four Embarcadero Center Seventeenth Floor
16                                        San Francisco, CA 94111
                                          Attorney for American Security Insurance
17                                        Company
18
19     Date: August 31, 2012

       APPROVED
       Judge Laurel Beeler
       UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA

STIPULATED REQUEST FOR ORDER CHANGING DATE OF CASE MGT. CONFERENCE

CASE NO. 3:12-cv-02506-LB