Matthew C. Helland, CA State Bar No. 250451
helland@nka.com
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: (415) 277-7235
Facsimile: (415) 277-7238

Rebekah L. Bailey, CA State Bar No. 258551
E. Michelle Drake, MN Bar No. 0387366*
Kai Richter, MN Bar No. 0296545*
Sarah W. Steenhoek, MN Bar No. 0390258*
*(admitted pro hac vice)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Attorneys for Plaintiff and the Putative Classes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEPHEN ELLSWORTH, as an individual and as a Representative of the classes and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK, N.A. and American Security Insurance Company,<br><br>Defendants. | Case No. 3:12-cv-02506-LB<br><br>**STIPULATION TO EXTEND PLAINTIFF STEPHEN ELLSWORTH'S TIME TO RESPOND TO AMERICAN SECURITY INSURANCE COMPANY'S MOTION TO DISMISS**<br><br>ORDER<br><br>**[CIVIL L.R. 6-1 AND 6-2]** |

Pursuant to Local Rules 6-1 and 6-2, Plaintiff Stephen Ellsworth ("Plaintiff"), on behalf of himself and all others similarly situated, and Defendant American Security Insurance Company ("ASIC"), through their undersigned counsel, hereby stipulate that Plaintiff shall have up to and

1  including September 28, 2012, to respond to ASIC's Motion to Dismiss.[1] The reason for the
2  requested enlargement of time is to provide Plaintiff with sufficient time to respond to ASIC's
3  Motion to Dismiss. The parties have previously stipulated to allow ASIC additional time to
4  respond to the First Amended Complaint in accordance with Local Rule 6-1(a). As it is still early
5  in the proceedings, it is not anticipated that the requested time modification will have any effect
6  on this case's schedule.

Dated: September 5, 2012

By:  /s/Peter S. Hecker
PETER S. HECKER
SHEPPARD MULLIN RICHTER &
HAMPTON, LLP
Four Embarcadero Center 17th Floor
San Francisco, CA 94105
Attorney for ASIC

Dated: September 5, 2012

By:  /s/Kai H. Richter
KAI H. RICHTER (*Pro Hac Vice*)
NICHOLS KASTER, PLLP
4600 South 8th Street
Minneapolis, MN 55402
Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED. THE BRIEFING SCHEDULE ON ASIC'S MOTION TO DISMISS SHALL BE MODIFIED AS SET FORTH HEREIN.

Dated: September 13, 2012   By:  _[signature]_
The Honorable Laurel Beeler

---

[1] Should the Court wish to reschedule the hearing date in light of the parties' requested briefing schedule, counsel for both parties are available November 1st or 15th for a hearing on ASIC's motion to dismiss.

STIPULATION
CASE NO. 3:12-cv-02506-LB