UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEPHEN ELLSWORTH, as an individual and as a Representative of the classes and on behalf of the general public,<br><br>Plaintiff,<br>v.<br>U.S. BANK, N.A., and AMERICAN SECURITY INSURANCE COMPANY,<br>Defendants.<br>_____/ | No. C 12-02506 LB<br><br>AMENDED ORDER GRANTING IN PART AND DENYING IN PART PLAINITFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>[ECF No. 149] |

On November 14, 2013, Plaintiff Stephen Ellsworth filed an administrative motion to file under seal a number of exhibits he cites in support of his motion for class certification. *See* Admin. Mot., ECF No. 149.[1] In an accompanying declaration, Ellsworth explains that he moves to portions of his reply brief and an accompanying expert report because Defendants designated the information as "confidential" under the parties' protective order. *See id.* U.S. Bank and ASIC filed declarations supporting Ellsworth's administrative motion on November 18, 2013. *See* Tahdooahnippah Decl., ECF No. 150 (U.S. Bank); Kortz Decl., ECF No. 153 (ASIC). U.S. Bank and ASIC contend that the court should seal the excerpts at issue because they provide details of contracts between ASIC and

---

[1] Citations are to the Electronic Case File ("ECF") with pin cites to the electronically-generated page numbers at the top of the document.

C 12-02506 LB (ORDER)

U.S. Bank. The court reviewed the parties' submissions and GRANTS IN PART and DENIES IN PART Ellsworth's administrative motion to file under seal, as indicated in the following table.

| Document | Pin Cite | Ruling |
| --- | --- | --- |
| Plaintiff's Reply Memorandum | 15:25-26 | Grant |
| Birny Birnbaum Decl. Ex. 1 | 4:9-12 | Grant |
| | 4:13-14 (up to the word "does") | Grant |
| | 4:14-15 (ending at the period) | Deny - This statement does not reveal specific contract terms. |
| | 4:15-16 (from the beginning of the sentence) | Grant |
| | 4:21-25 | Grant |
| | 4: n.3 and n.4 | Grant |
| | 5:9-12, n.6 | Deny - Revealing these details will not cause competitive harm. |
| | 10:12, 14 | Grant |
| | 17:16-19 | Grant |
| | 17:21-22 | Grant |
| | 30:15-17 | Grant |
| | 30:18-20 (ending with the period) | Deny - Revealing these details will not cause competitive harm. |
| | 30:20-21 (from the beginning of the sentence) | Grant |
| | 30:26-29, n.35, n.36 | Grant |
| | Pages 31-32 | Deny - Revealing these details will not cause competitive harm. |
| | 38:21, 22-23 | Grant |

**UNITED STATES DISTRICT COURT**
For the Northern District of California

**CONCLUSION**

As specified above, the court GRANTS IN PART and DENIES IN PART Ellsworth's adminstrative motion to file under seal. The parties shall respond as provided in Civil Local Rule 79.

This disposes of ECF No. 149.

**IT IS SO ORDERED.**

Dated: November 22, 2013

_____
LAUREL BEELER
United States Magistrate Judge