UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STEPHEN ELLSWORTH, MARILYN WEAVER, and LAWRENCE and DONENE SKELLEY, individually and as representatives of the classes and on behalf of the general public,<br><br>Plaintiffs,<br>v.<br>U.S. BANK, N.A., and AMERICAN SECURITY INSURANCE COMPANY,<br>Defendants. | No. C 12-02506 LB<br><br>**ORDER REGARDING CONFIDENTIAL MATERIAL IN ORDER DECIDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, U.S. BANK'S MOTION TO DISMISS FOR LACK OF SUBJECT-MATTER JURSDICTION, AND U.S. BANK'S MOTION FOR JUDGMENT ON THE PLEADINGS REGARDING BACKDATING** |

The court's order deciding Plaintiffs' motion for class certification and U.S. Bank's motions references certain information previously designated confidential by U.S. Bank and ASIC. The court files two versions: a modestly-redacted public record order and an unredacted order filed under seal (a copy of which will be emailed to lead counsel).

Defendants' counsel must review the redactions (which appear only on pages 3 through 5) and determine what should remain under seal under Civil Local Rule 79-5, given the strong presumption of access to judicial records. *See Kamakama v. City and Cnty. Of Honolulu*, 447 F.3d 117, 1178 (9th Cir. 2006). Within two business days, they must file under seal their proposed public version of the order with the proposed redactions highlighted and must submit the appropriate declarations in support of their redactions. Within two business days of Defendants' filing, Plaintiffs must file any

C 12-02506 LB (ORDER)

1  objections (again supported by any appropriate declarations).

2  If the parties do not submit proposed redactions, the court will file the unredacted order in seven
3  days from the date of this order.

4  **IT IS SO ORDERED**

5  Dated: June 13, 2014

  _____
  LAUREL BEELER
  United States Magistrate Judge