1    Matthew C. Helland, CA State Bar No. 250451
     helland@nka.com
2    NICHOLS KASTER, LLP
     One Embarcadero Center, Suite 720
3    San Francisco, CA  94111
     Telephone: (415) 277-7235
4    Facsimile: (415) 277-7238

5    Rebekah L. Bailey, CA State Bar No. 258551
     bailey@nka.com
6    E. Michelle Drake, MN Bar No. 0387366*
     drake@nka.com
7    Kai H. Richter, MN Bar No. 0296545*
     krichter@nka.com
8    Megan D. Yelle, MN Bar No. 0390870*
     myelle@nka.com
9    *(appearing **pro hac vice**)
10   NICHOLS KASTER, PLLP
     4600 IDS Center
11   80 South 8th Street
     Minneapolis, MN  55402
12   Telephone: (612) 256-3200
     Facsimile: (612) 215-6870
13

14   Attorneys for Plaintiff and the Putative Classes

15   (Attorneys for Defendants listed on signature page)

16                    IN THE UNITED STATES DISTRICT COURT
17                    NORTHERN DISTRICT OF CALIFORNIA

18                                              | Case No. CV 12-2506 LB
     Stephen Ellsworth, Marilyn Weaver, and
19   Lawrence and Donene Skelley, as individuals | **FIFTH UPDATED JOINT CASE**
     and as representatives of the classes and on | **MANAGEMENT STATEMENT**
20   behalf of the general public,                 ORDER
                                                  | Date: July 17, 2014
21                              Plaintiffs,       | Time: 11:00 a.m.
                                                  | Courtroom: C
22              vs.                               | Judge: Honorable Laurel Beeler
23   U.S. Bank, N.A. and                          | Complaint filed: May 16, 2012
     American Security Insurance Company,
24
                                Defendants.
25

26

27

28

4850-4281-7560False1False

1    On July 2, 2014, the Court ordered that the Parties submit an updated Joint Case

2  Management Statement and set a Case Management Conference for July 17, 2014.  Pursuant to

3  the Court's Order, Plaintiffs Stephen Ellsworth, Marilyn Weaver, Donene Skelley, and Lawrence

4  Skelley ("Plaintiffs") and Defendants U.S. Bank, N.A. ("U.S. Bank") and American Security

5  Insurance Company ("ASIC") (collectively, the "Parties") have conferred and hereby submit this

6  Fifth Updated Case Management Statement.

7  **I.      Status of Class Action – Interlocutory Appeal and Class Notice**

8    U.S. Bank filed a Rule 23(f) Petition for Permission to Appeal Class Action Certification

9  before the Ninth Circuit on June 27, 2014.  The Parties are in agreement that while this Rule 23(f)

10  petition is pending, they will continue to prepare the class data necessary for class notice and draft

11  the class notice papers.  All Parties further agree that it would be premature, however, to send

12  notice to the class members before the Rule 23(f) petition is resolved.  The schedule for all other

13  items will correspondingly depend upon when class notice is sent.  The Parties agree that the

14  current trial dates will need to be rescheduled, and request that they be taken off of the Court's

15  calendar.

16  **II.     Status of Settlement**

17    Pursuant to the Court's prior instructions, the Parties have engaged in settlement

18  discussions following the Court's June 13, 2014 class certification order.  The Parties will

19  continue to engage in such discussions during the pendency of the Rule 23(f) petition.   The

20  parties currently are exploring a variety of alternative formats for settlement discussions, and

21  accordingly request an extension of 60 days in which to schedule a further settlement conference.

22  See Dkt. No. 102.

23  **III.    Scheduling of Case Management Conference**

24    As the Parties have agreed to the course of action set forth above, and because Mr.

25  Richter, counsel for Plaintiffs, has a conflict on July 17, 2014, the Parties hereby stipulate and

26  request that the Case Management Conference set for July 17, 2014 be vacated, and rescheduled

27  for a date after August 17, 2014.

28

1                                 Respectfully Submitted,

2   Dated:  July 10, 2014               By: /s/Kai H. Richter

3                                 KAI H. RICHTER (*pro hac vice*)
                                 NICHOLS KASTER, PLLP

4                                 4600 IDS Center, 80 S 8th St
                                 Minneapolis, MN 55402

5                                 Attorney for Plaintiff

6   Dated:    July 10, 2014             By:/s/Vernle C. Durocher, Jr.

7                                   VERNLE C. DUROCHER, JR.
                                    (*pro hac vice*)

8                                 DORSEY AND WHITNEY LLP
                                 50 South Sixth Street, Suite 1500

9                                 Minneapolis, MN 55402
                                 Attorney for U.S. Bank

10

11   Dated:  July 10, 2014              By: /s/W. Glenn Merten
                                 W. GLENN MERTEN

12                                 CARLTON FIELDS JORDEN BURT, P.A.

13                                 1025 Thomas Jefferson St, NW, Ste 400E
                                 Washington, D.C. 20007

14                                 Attorney for ASIC

15   Case Management Conference set for August 21, 2014 at 11:00 a.m.  A Joint Case
Management Conference Statement (with updated information only) due August 14, 2014.

16   Dated: July 11, 2014

17

18

19

20

21

22

23

24

25

26

27

28

FIFTH UPDATED JOINT CASE MANAGEMENT STATEMENT
CASE NO. 12-cv-2506-LB

**ECF ATTESTATION**

I, Timothy J. Droske., am the ECF User whose ID and password are being used to file the foregoing FIFTH UPDATED JOINT CASE MANAGEMENT STATEMENT.  In compliance with Local Rule 5-1(i)(3), I hereby attest that Plaintiffs' counsel Kai H. Richter and ASIC's counsel W. Glenn Merten  have concurred in this filing.


Dated:  July 10, 2014                              By: /s/Timothy J. Droske_____

                                                                  TIMOTHY J. DROSKE (*pro hac vice*)