1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephen Ellsworth, Marilyn Weaver, Lawrence Skelley, and Donene Skelley, individually and as representatives of the classes and on behalf of the general public,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>U.S. Bank, N.A. and<br>American Security Insurance Company,<br><br>                    Defendants. | Case No. CV 12-2506 LB<br><br>**ORDER MODIFYING CLASS DEFINITIONS** |

Pursuant to the Parties' Sixth Updated Joint Case Management Statement dated August 14, 2014 (ECF No. 257), the Court hereby modifies the class definitions set forth in the Court's Class Certification order dated June 13, 2014 (ECF No. 240)[1] as set forth in Exhibit A to this Order.

Dated:  August 20, 2014

_____
Hon. Laurel Beeler
United States Magistrate Judge

---

[1] The Court's Class Certification order was refiled with fewer redactions on July 25, 2014 (ECF No. 250).