IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN ELLSWORTH, et al., | Case No. 3:12-cv-02506 LB (NC) |
| Plaintiffs, | **ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY** |
| v. | |
| U.S. BANK, N.A., et al., | |
| Defendants. | |

On September 3, 2014, counsel filed a request for the plaintiffs to appear telephonically at the settlement conference set for October 7, 2014, at 9:30 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Plaintiffs Stephen Ellsworth, Marilyn Weaver, Lawrence Skelley and Donene Skelley must be available beginning at 9:30 a.m. on October 7 and for the duration of the settlement conference.

Dated: September 11, 2014

NATHANAEL COUSINS
United States Magistrate Judge